**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

| | | |
|---|---|---|
| YATASIA FLEMMING,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>GUARANTEED RATE AFFINITY, LLC, et al.,<br><br>Defendants-Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Appeal No. 26-2822<br><br>On Appeal from the United States District Court for the Northern District of Illinois, Honorable Franklin U. Valderrama<br><br>District Court Case No. 1:25-cv-02441 |

**DEFENDANT-APPELLEE PENNYMAC LOAN SERVICES, LLC'S STATUS REPORT**

Defendant-Appellee PennyMac Loan Services, LLC ("PennyMac"), by its undersigned counsel, submits this status report in response to the Court's September 4, 2026 order suspending proceedings pending the district court's resolution of the motion for an extension of time to file a notice of appeal, filed by Plaintiff-Appellant YaTasia Flemming ("Flemming").

On September 4, 2026, the District Court denied Flemming's motion for an extension of time to file her notice of appeal. (Dkt. 117) The district court explained that it dismissed Flemming's complaint on July 29, 2026, and entered an amended order on July 31, 2026. (*Id.*). Because the thirtieth day fell on Sunday, August 30, 2026, the notice of appeal was due on Monday, August 31, 2026. Flemming filed her notice of appeal and motion for an extension of time on September 3, 2026. (*Id.*). The district court further found that Flemming provided no valid explanation for her failure to file the notice of appeal by August 31, 2026. (*Id.*) Because Flemming did not establish good cause or excusable neglect under Federal Rule of Appellate Procedure 4(a)(5)(A), the district court denied her motion for an extension of time. (*Id.*)

On September 16, 2026, Flemming filed a motion for reconsideration of the denial of her motion for an extension of time. (Dkt. 118) Flemming asserted that health issues immediately surrounding the August 31, 2026 deadline affected her ability to complete the filing by that deadline.

On September 18, 2026, the district court denied the motion for reconsideration. (Dkt. 119.) The district court found that, even considering Flemming's health issues, she had not established good cause or excusable neglect for failing to file a timely notice of appeal.

PennyMac respectfully submits this report to advise the Court that the district court has resolved Flemming's motion for an extension of time and has declined to extend the deadline for filing the notice of appeal.[1]

DATED: September 30, 2026

**PENNYMAC LOAN SERVICES, LLC**

By: /s/ Carlos Marin-----
Carlos Marin

One of Its Attorneys

Simon A. Fleischmann (6274929)
Carlos Marin (6326103)
Troutman Pepper Locke LLP
111 South Wacker Drive
Suite 4100
Chicago, Illinois 60606
Telephone: (312) 443-0700
sfleischmann@troutman.com
carlos.marin@troutman.com

[1] Pennymac had not submitted this report earlier because the undersigned counsel was waiting to be admitted to this Court.

**CERTIFICATE OF SERVICE**

I certify that on September 30, 2026, I electronically filed the foregoing status report with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system, which will send notice of the filing to all registered CM/ECF participants. I further certify that a copy was sent to Plaintiff-Appellant at her email address of record.

/s/ Carlos Marin------